IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL BAKER, et al., | ) | 2:04-cv-0549-GEB-GGH |
| | ) | |
| Plaintiffs, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| ARAMARK UNIFORM AND CAREER APPAREL, INC., et al., | ) ) ) | |
| Defendants. | ) | |

      Pursuant to the parties' request in the stipulation filed September 6, 2005, the final pretrial conference in this action is continued to October 3, 2005, at 1:30 p.m.  A joint pretrial statement shall be filed no later than September 26, 2005.

      IT IS SO ORDERED.

Dated: September 7, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

1