IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL BAKER, WILLIE ANDREWS, )
RICHARD ELEY, and TROY VARGAS,  )   CIV. S-04-549 GEB GGH
                                )
         Plaintiffs,            )
                                )
    v.                          )   ORDER
                                )
ARAMARK UNIFORM AND CAREER APPAREL,)
INC., JEFF BLACK, DON CLOWES,   )
DOUG BATTISTA, WILL POLIFKA,    )
GREG LEWIS, TIM BICKERTON,      )
DAVE KOCH, and TOM VELASCO,     )
                                )
         Defendants.            )
_____)

        The Court minutes filed September 13, 2005, seem to indicate that the parties have stipulated to have this action reassigned to Magistrate Judge Drozd for all purposes, since the minutes state the parties "stipulate [that the] Magistrate Judge [will] retain jurisdiction for enforcement of [their] settlement." If this is what the parties intend to do, a filing to reassign the case under Local Rule 73-305(b) is required. See 28 U.S.C. § 636(c).

        IT IS SO ORDERED.

Dated: September 26, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge