CECILY A. WATERMAN, State Bar No. 63502
ERIC MECKLEY, State Bar No. 168181
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:  415.442.1000
Fax:  415.442.1001

Attorneys for Defendants
ARAMARK Uniform & Career Apparel, Inc.,
Don Clowes, Will Polifka, Tim Bickerton and Dave Koch

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL BAKER, WILLIE ANDREWS, RICHARD ELEY and TROY VARGAS,<br><br>Plaintiffs,<br><br>vs.<br><br>ARAMARK UNIFORM AND CAREER APPAREL, INC., DON CLOWES, WILL POLIFKA, TIM BICKERTON and DAVE KOCH,<br><br>Defendants. | Case No. CIV.S-04-0549 GEB DAD<br><br>**ORDER TO UNSEAL RECORD FOR LIMITED PURPOSE** |

WHEREFORE, at the settlement conference on September 13, 2005, the case settled and the terms and conditions of the settlement were placed on the record in open court and ordered sealed by the Court.

As a result of a dispute regarding the terms of the parties' settlement, Defendants have requested a copy of the written transcript of the record made in Court on September 13, 2005.

FOR GOOD CAUSE APPEARING, the Court hereby orders that the transcript of the proceedings on September 13, 2005 be unsealed for the sole and limited purpose of allowing

1  Defendants, Plaintiffs and their counsel to review said transcript in order to resolve the parties'
2  dispute regarding the terms of the settlement.  The transcript and proceedings will remain sealed
3  for all other purposes and as to all other persons.
4      IT IS SO ORDERED.
5  Dated:   September 30, 2005

```
                          _____
                          DALE A. DROZD
                          UNITED STATES MAGISTRATE JUDGE
```

Ddad1/orders.civil/baker0549.unseal