IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL BAKER, et al. | ) | 2:04-cv-0549-GEB-GGH |
| | ) | |
| Plaintiffs, | ) | ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| ARAMARK UNIFORM AND CAREER | ) | |
| APPAREL, INC., | ) | |
| | ) | |
| Defendants. | ) | |

On October 11, 2005, each party filed a consent to proceed before the Magistrate Judge for all purposes.  See 28 U.S.C. § 636(c).

If the Magistrate Judge accepts the referral, this action is reassigned to the Magistrate Judge on the date this Order is filed.  See Local Rule 73-305(b) (prescribing "notwithstanding the consent of all parties, the [United States District] Judge or Magistrate Judge may reject the referral.").

Dated:  October 20, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

1

<u>ACCEPTANCE OF REFERRAL</u>

Pursuant to the parties' consent and the approval of the United States District Judge, I accept reassignment of this action for all further proceedings, including entry of final judgment. All documents hereafter filed shall be denominated as 2:04-cv-0549-GGH.

IT IS SO ORDERED.

DATED: 10/20/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

baker549.cons