TERRI KEYSER-COOPER
Pro Hac Vice
Nev. Bar #3984
100 N. Arlington Ave. #10F
Reno, NV 89501
Tele (775) 337-0323

DIANE K. VAILLANCOURT
California Bar #181348
849 Almar Avenue, Suite C403
Santa Cruz, CA 95060
Tele (831) 458-3440

*Attorneys for Plaintiffs Michael Baker et. al.*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

MICHAEL BAKER, WILLIE ANDREWS, RICHARD ELEY and TROY VARGAS,

    Plaintiffs,

vs.

ARAMARK CORPORATION, ARAMARK UNIFORM AND CAREER APPAREL, INC., ARAMARK UNIFORM AND CAREER APPAREL GROUP, INC., JEFF BLACK, DON CLOWES, DOUG BATTISTA, WILL POLIFKA, GREG LEWIS, TIM BICKERTON and DAVE KOCH,

    Defendants.
_____/

**Civ. Case No. S-04-549 DAD**

**STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE**

    Plaintiffs, by and through their attorneys Terri Keyser-Cooper and Diane K. Vaillancourt, and Defendants, by and through their attorneys Cecily Waterman and Eric Meckley of Morgan, Lewis and Bockius, LLP, stipulate and agree that all proceedings in the above-captioned matter be dismissed with prejudice pursuant to the terms and conditions of the Confidential Settlement Agreement; notwithstanding the foregoing it is understood and agreed that, Magistrate Judge Dale A. Drozd will

retain jurisdiction to enforce the provisions of said Agreement.  The parties and their attorneys further stipulate that the signature of only one of the attorneys on behalf of each of plaintiffs and defendants is required herein.

**IT IS SO STIPULATED:**

Dated November 15, 2005                    DIANE K. VAILLANCOURT
                                           TERRI KEYSER-COOPER


                                           By: _____/S/_____
                                             Attorneys for Plaintiffs Michael Baker, Willie
                                             Andrews, Richard Eley and Troy Vargas


Dated:  November 18, 2005                  MORGAN, LEWIS & BOCKIUS LLP


                                           By: _____/S/_____
                                             Cecily A. Waterman
                                             Eric Meckley
                                             Attorneys for Defendant ARAMARK Uniform
                                             & Career Apparel, Inc., et al.

**IT IS SO ORDERED**:

```
Dated:   November 21, 2005
```

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/baker0549.dism